## BENNETT v. THE STATE.
(Decided June 30, 1916.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed.

---

## GILCHRIST v. THE STATE.
(Decided June 30, 1916.)

APPEAL from Lowndes Circuit Court.

Heard before Hon. A. E. GAMBLE.

JOS. R. BELL, for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed by agreement.

---

## HENDERSON v. CRAFT.
(Decided June 30, 1916.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

ERVIN & MCALEER, for appellant. FRANCIS J. INGE, for appellee.

PER CURIAM.—Affirmed by agreement.

---

## HENDERSON v. INGE.
(Decided June 30, 1916.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

ERVIN & MCALEER, for appellant. FRANCIS J. INGE, for appellee.

PER CURIAM.—Affirmed by agreement.

---

## HIBBS v. THE STATE.
(Decided June 1, 1916.)

APPEAL from Gadsden City Court.

Heard before Hon. J. A. BILBRO.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed by agreement.